IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 23 AM 6: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| VS. | CR. NO. 05-20252-D |
| CECILIA HARRIS, ERRISS McCLAIN, ZADRICK BEARD, DANNY ADAMS | |
| Defendant. | |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

The co-defendant in this cause, Danny Adams, was previously reset for a report date on September 22, 2005 pursuant to counsel's request for a continuance of the August 1, 2005 trial date in order to allow for additional preparation in the case.

The Court hereby resets the trial date for the remaining defendants to October 3, 2005 with a **report date of Thursday, September 22, 2005, at 9:00 a.m.**, in <u>Courtroom 3, 9th Floor</u> of the Federal Building, Memphis, TN.

The period from August 25, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 22 day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-23-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:05-CR-20252 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT