PS 8
(8/88)

FILED BY ___ D.C.

# United States District Court
## for
## Western District of Tennessee

05 NOV 23 PM 1: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. Danny Adams

Docket No. 05-20252-004-D

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER **Jake N. Bookard, II** presenting an official report upon the conduct of **Danny Adams** who was placed under pretrial release supervision by the **Honorable S. Thomas Anderson** sitting in the court at **Memphis, on the 14th day of July, 2005** under the following conditions:

1. Report as directed by the Pretrial Services Office
2. Refrain from possessing a firearm, destructive device, or other dangerous weapon
3. Refrain from any use or unlawful possession of a narcotic drug or other controlled substance
4. Submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance
5. Participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Please see the attached sheet**

PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT CHARGING THE DEFENDANT WITH VIOLATING THE CONDITIONS OF PRETRIAL RELEASE

BOND RECOMMENDATION: **NONE**

ORDER OF COURT

Considered and ordered this **23rd** day of **November**, 20 **05** and ordered filed and made a part of the records in the above case.

S/ Thomas Anderson
U.S. Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 18, 2005**

J. N. Bookard, II
U.S. Pretrial Services Officer

Place   Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

U.S.A vs. Danny Adams                                          Docket No.05-20252-004-D

Defendant Adams tested positive for cocaine on a urinalysis tests administered **November 8, 2005**, and **September 13, 2005**. On November 2, 2005, Mr. Adams reported for supervision and signed a voluntary admission of illegal drug use indicating that he used crack cocaine on or about **October 31, 2005**. Defendant Adams was admitted into intensive outpatient treatment at New Directions, Inc. on August 16, 2005, but was discharged on October 10, 2005, due to noncompliance. The above is in violation of Mr. Adams' conditions of release that he refrain from any use or unlawful possession of a narcotic drug or other controlled substance and that he participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services.

As previously reported, the defendant reported for supervision on August 9, 2005, and signed a voluntary admission of illegal drug use indicating that he used crack cocaine on or about **August 3, 2005**. Mr. Adams previously tested positive for cocaine on urinalysis tests administered **July 14, 2005**, and **July 20, 2005**. The July 14, 2005, positive test result could be attributed to use prior to being placed on pretrial supervision.

All of the defendant's positive test results were confirmed by Kroll Laboratories.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:05-CR-20252 was distributed by fax, mail, or direct printing on November 25, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT